HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ANDRE D. JONES,<br><br>　　　　　Respondent. | Case No. MC09-5016RBL<br><br>ORDER |

THIS MATTER comes on before the above-entitled Court upon Respondent's Motion to Reconsider Order of Enforcement of Summons [Dkt. #6].  Having considered the entirety of the records and file herein, the Court finds and rules as follows:

The Motion herein is referred to Chief United States Magistrate Judge Karen Strombom pursuant to 28 U.S.C. § 636(b)(1).  The Magistrate Judge shall review all pleadings, shall determine whether a hearing is required, shall schedule and preside over such hearing, and shall take such other actions as she deems necessary to accomplish the purposes of this Order.  The Magistrate Judge shall thereafter submit her proposed Order, proposed Findings of Fact and Conclusions of Law, or such other documents as she deems appropriate.  The originals thereof shall be filed with the Clerk, and copies provided to all parties.

**IT IS SO ORDERED.**

ORDER
Page - 1

The Clerk shall send uncertified copies of this order to all counsel of record, to any party appearing pro se, and to Chief Magistrate Judge Strombom.

Dated this 30th day of November, 2009.

_____
(Per telephone authorization)
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 2