UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

         Plaintiff,

v.

ANDRE D. JONES,

         Defendant.

No. MC 09-5016 RBL/KLS

ORDER DIRECTING RESPONSE

Counsel for the Defendant, Andre D. Jones, timely filed a Motion for Reconsideration (Dkt. 6) regarding the Order to Enforce Summons signed by Judge Ronald B. Leighton based on the recommendation of the undersigned. This matter has been re-referred to the undersigned for purposes of considering the Defendant's pending motion.

Pursuant to Local Rule CR 7(h)(3), the undersigned is directing the Plaintiff file a response to the Defendant's Motion for Reconsideration on or before December 11, 2009 with a page limitation of six pages. No reply from the Defendant is authorized at this time.

DATED this 30th day of November, 2009.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

Order Directing Response
Page - 1

Order Directing Response
Page - 2