District Judge Ronald B. Leighton
Magistrate Judge Karen L. Strombom

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Petitioner,<br><br>               v.<br><br>ANDRE D. JONES,<br><br>               Respondent. | No. 09-MC-5016-RBL-KLS<br><br>ORDER GRANTING UNITED STATES' WITHDRAWAL OF PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS |

THIS MATTER, having come before the Court upon the United States' Withdrawal of Petition to Enforce Internal Revenue Service Summons; the United States of America, being represented by its counsel, Jenny A. Durkan, United States Attorney for the Western District of Washington, and Priscilla Chan, Assistant United States Attorney; it is hereby

//
//
//
//
//
//

[PROPOSED] ORDER GRANTING UNITED STATES'
WITHDRAWAL OF PETITION TO ENFORCE INTERNAL
REVENUE SERVICE SUMMONS - 1
[09-MC-5016-RBL-KLS]

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1  ORDERED that the United States' Withdrawal of Petition to Enforce Internal
2  Revenue Service Summons is GRANTED. The above-captioned case is hereby
3  DISMISSED.

5  DATED this 4th day of December, 2009.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Recommended for entry
this 1st day of December, 2009.

s/Karen L. Strombom
KAREN L. STROMBOM
United States Magistrate Judge

Presented by:

 /s/Priscilla Chan
PRISCILLA CHAN, WSBA # 28533
Assistant United States Attorney

[PROPOSED] ORDER GRANTING UNITED STATES'
WITHDRAWAL OF PETITION TO ENFORCE INTERNAL
REVENUE SERVICE SUMMONS - 2
[09-MC-5016-RBL-KLS]

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970