# United States District Court

WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA

v.

ANDRE D. JONES

JUDGMENT IN A CIVIL CASE

CASE NUMBER: MC09-5016RBL/KLS

__  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

Defendant Jones' Motion for Award of Attorney's Fees [Dkt. #16] is **DENIED**.

   April 7, 2010                                         BRUCE RIFKIN
Date                                                     Clerk

                                                         *s/CM Gonzalez*
                                                         Deputy Clerk